# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIM. ACTION NO. 3:19-CR-0332-S |
| | § | |
| RORY STEPHEN GUIDRY | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed by Defendant. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

However, the Defendant provided new information in his Response and Request to Reconsider. The Defendant's father has passed away, and his funeral will take place in Lafayette, Louisiana on Thursday, February 27, 2020. *See* ECF No. 8 at 1. Defendant has been under the supervision of the Court without incident since he was released from confinement on March 2, 2017, and his supervised release is due to terminate on March 2, 2020. *See* ECF No. 5 at 1. Due to these exigent circumstances, the Court grants Defendant's request to travel to Lafayette, Louisiana on Thursday, February 27, 2020. Defendant's Supervised Release shall terminate on that day.

**SO ORDERED.**

SIGNED February 25, 2020.

KAREN GREN SCHOLER
**UNITED STATES DISTRICT JUDGE**